**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ASTRAZENECA AB,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LTD. and<br>AUROBINDO PHARMA U.S.A., INS.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 14-664-GMS<br>(consolidated) |

**MYLAN PHARMACEUTICALS INC.'S**
**NOTICE OF DEVELOPMENT IN RELATED *INTER PARTES* REVIEW**

Defendant Mylan Pharmaceuticals Inc. ("Mylan") hereby gives notice that on June 4, 2015, Mylan filed a Petition to institute an *inter partes* review of certain claims of the sole patent-in-suit in the above-captioned litigation, RE44,186 ("the '186 patent"), including asserted claims 8, 9, 25, and 26 ("Asserted Claims"). Case No. IPR2015-01340. On May 2, 2016, after considering Mylan's request for reconsideration, the Patent Trial and Appeal Board ("Board") instituted *inter partes* review of all Asserted Claims. The Board determined that Mylan established a reasonable likelihood that the Asserted Claims are invalid as obvious in light of the prior art. *See* Paper 16, attached hereto as Exhibit A.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteraderson.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals, Inc.*

OF COUNSEL:

Douglas H. Carsten
Peter S. Kang
Elham Firouzi Steiner
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130-3002
Tel: (858) 350-2300

Katherine D. Hasper
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

Dated: May 3, 2016
1222832 / 41648