# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LTD., et al.<br><br>Defendants. | C.A. No. 14-664-GMS<br>(CONSOLIDATED) |

## JOINT STIPULATION AND ORDER SETTING LETTER BRIEFING SCHEDULE

WHEREAS, at the Final Pretrial Conference held on September 7, 2016, the Court ordered Plaintiff and Defendants, Wockhardt Bio AG and Wockhardt USA LLC (collectively, "Wockhardt") to agree on a letter briefing schedule (one opening letter, one responsive letter, neither to exceed five pages) regarding the issue raised by Wockhardt in the letter filed on September 2, 2016 at Docket No. 347;

NOW THEREFORE the parties, by and through their undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that Wockhardt shall file an opening letter brief on September 9, 2016 and Plaintiff shall file a responsive letter brief on or before 10:00 a.m. (ET) on September 13, 2016.

| | |
|---|---|
| /s/ Richard W. Riley<br>Richard W. Riley (#4052)<br>Oderah C. Nwaeze (#5697)<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>E-mail: rwriley@duanemorris.com<br><br>*Attorneys for Defendants Wockhardt Bio AG and Wockhardt USA LLC* | /s/ Daniel M. Silver<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Daniel J. Brown (#4688)<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>E-mail: mkelly@mccarter.com<br>        dsilver@mccarter.com<br>        djbrown@mccarter.cm<br><br>*Attorneys for Plaintiff AstraZeneca AB* |

DM2\7133522.1

SO ORDERED this 12th day of September, 2016

_____
United States District Judge

DM2\7133522.1